UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>LIBRADO NAVARETTE,<br>    Defendant. | CRIMINAL NO. 5:20-138-KKC-2<br><br><br>**OPINION AND ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a motion (DE 59) by defendant Librado Navarette requesting a sentence reduction under Amendment 821 to the Sentencing Guidelines. The Court has reviewed the defendant's record to determine if he is eligible for relief under Amendment 821.

The amendment alters the application of the Guidelines with respect to certain offenders who (a) earned criminal history "status points" based on commission of an offense while serving a criminal justice sentence (Part A of Amendment 821), or (b) presented zero criminal history points at the time of sentencing (Part B, Subpart 1). In addition, the United States Sentencing Commission voted to give retroactive effect to these two changes.

The Court applied status points against the defendant, however, Defendant's Criminal History Category did not change. Accordingly, the defendant would not be entitled to any relief under the amendment.

For all these reasons, the Court hereby ORDERS that Defendant's request (DE 59) for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines is DENIED.

This 26th day of July, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY